# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CB5 |
| | ) | Violation Number 2147018 NE-14 |
| vs. | ) | |
| | ) | |
| PIERRE E. MERRICK, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 39), the above-referenced matter is hereby dismissed without prejudice and the warrant previously issued is hereby canceled.

ORDERED this 18th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge